**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-2240**

———————

WILLIAM HOWARD SCHALLER,

        Plaintiff - Appellant,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant – Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:13-cv-00334-D)

———————

Submitted: January 22, 2015      Decided: January 30, 2015

———————

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

William Howard Schaller, Appellant Pro Se. Marc David Epstein, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Howard Schaller seeks to appeal the district court's order adopting the magistrate judge's recommendation to uphold the Commissioner's denial of social security benefits. Parties in civil actions to which an agency of the United States is a party are accorded sixty days after the district court's entry of judgment to note an appeal, Fed. R. App. P. 4(a)(1)(B)(ii), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's final judgment was entered on the docket on September 11, 2014. The notice of appeal was filed sixty-two days later, on November 12, 2014. Because Schaller failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal for lack of jurisdiction. We deny leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED